**Llewellen Fernando SMITH,
a.k.a. Llewelen F. Smith,
Petitioner-Appellant,**

v.

**WARDEN, FCC COLEMAN—LOW,
Respondent-Appellee.**

No. 15-13996
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(August 28, 2017)

Llewellen Fernando Smith, Pro Se

Linda Julin McNamara, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Roberta Josephina Bodnar, U.S. Attorney's Office—FLM, Ocala, FL, for Respondent-Appellee

Before ED CARNES, Chief Judge, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Leland H. Kynes, appointed counsel on appeal for Llewellen F. Smith in this appeal from the dismissal of Smith's 28 U.S.C. § 2241 habeas petition, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the dismissal of Smith's § 2241 petition is **AFFIRMED**.